CSD 1241 [12/01/15]

Order Entered on
November 29, 2018
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Ernestine B. Juhan

Debtor,

Bankruptcy No. 18-06731-LA-13

## ORDER DISMISSING CASE WITHOUT PREJUDICE

It appearing from the Court records for the above-entitled Chapter __13__ case that the debtor(s) has failed to file or move for an extension of time to file the document(s) identified below and in the Court's *Notice of Missing Schedule(s), Statement(s) and/or Chapter 13 Plan* within the time permitted.

Schedules and/or Statements
Chapter 13 Plan

Therefor and for good cause showing,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The above-entitled case is dismissed without prejudice.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-2(a).
3. All stays now in effect for this case are vacated.

DATED:   November 28, 2018

_____
Judge, United States Bankruptcy Court

**DUE WITHIN 14 DAYS OF FILING**
as governed by Fed. R. Bankr. P 1007(a)(5), (b) and (c),
3015(b), LBR 1017-3, and LBR 5005-4

CSD 1241